# United States District Court
## District of Rhode Island

UNITED STATES OF AMERICA
v.
**CHRISTOPHER M. THIBODEAU**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: **1:94CR00024-02ML**

USM Number: **04000-070**

**John M. Cicilline, Esq.**
Defendant's Attorney

**THE DEFENDANT:**

[✓] admitted guilt to violation of condition(s) of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial of guilt.

| Violation | Nature of Violation | Date Violation Concluded |
|---|---|---|
| **Standard Condition** | **"While on supervision, the defendant will not commit another federal, state, or local crime."** | **June 29, 2007** |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: xxx-xx-6459

Defendant's Date of Birth: 1967

Defendant's Residence Address:
**Cranston, RI 02920**

Defendant's Mailing Address:
**Cranston, RI 02920**

**July 11, 2008**
Date of Imposition of Sentence

Mary M. Lisi
Signature of Judicial Officer

**MARY M. LISI**
**Chief U.S. District Judge**
Name & Title of Judicial Officer

July 11, 2008
Date

# IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 36 months as to Count II of the underlying Indictment, and 24 months as to Counts I, IV, and V of the underlying Indictment; all terms to be served concurrently with each other. The 36-month term imposed as to Count II in 1:94CR00024-02ML shall be served consecutively to the term of imprisonment as imposed on July 11, 2008, as to Count II in 1:08CR00007-01ML.**

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at __ on __.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on __.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

______________________________

______________________________

______________________________

Defendant delivered on ______________ to ______________

at ______________, with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________
Deputy United States Marshal